IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELLE MAHALA, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | : | No. 15-cv-00184 |
| Defendant | : | |

FILED
DEC - 7 2015
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW this 3rd day of December, 2015, upon consideration of Plaintiff's Request for Review (Doc. No. 9), Defendant's Response to Request for Review of Plaintiff, (Doc. No. 11), and Plaintiff's Reply Brief (Doc. No. 12), and after careful and independent review of the Report and Recommendation of United States Magistrate Judge Richard A. Lloret, it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review (Doc. No. 9) is DENIED, and the final order of the Commissioner of Social Security is AFFIRMED.

3. JUDGMENT IS ENTERED in favor of the Commissioner of Social Security; and,

4. The Clerk of Court shall mark this case CLOSED for all purposes including statistics.

SO ORDERED:

_____
HON. WENDY BEETLESTONE
U.S. District Court Judge